UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6224 CR-FERGUSON

18 U.S.C. §1344
18 U.S.C. §2   MAGISTRATE JUDGE
SNOW

AUG 1 0 2000

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RUTH ANTOINE, | ) |
| | ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about April 13, 2000, at Broward County, in the Southern District of Florida, the defendant,

### RUTH ANTOINE,

knowingly and willfully devised and executed and attempted to execute a scheme and artifice to defraud Washington Mutual Bank, a financial institution whose accounts are insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds and assets owned by and under the custody and control of Washington Mutual Bank by means of false and fraudulent pretenses, representations, and promises, in that the defendant knowingly and willfully attempted to withdraw $10,000.00 from the Washington Mutual Bank account of Ruth Antoine, against a $19,870.64 counterfeit and forged check from the Washington Mutual account of Elaine Nelson deposited into Antoine's account on or about April 13, 2000, knowing that insufficient funds existed to cover the

withdrawal, in violation of Title 18, United States Code, Sections 1344 and 2.

A TRUE BILL

*Leonard Roth*
FOREPERSON

*Steven R. Petri*
GUY A. LEWIS
UNITED STATES ATTORNEY

*Robin S. Rosenbaum*
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. ____2000R01500____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |

RUTH ANTOINE_____ Superseding Case Information:

**Court Division:** (Select One)

\_\_\_ Miami   \_\_\_ Key West
_X_ FTL   \_\_\_ WPB  \_\_\_ FTP

New Defendant(s)         Yes \_\_\_   No \_\_\_
Number of New Defendants   \_\_\_
Total number of counts      \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) __No__
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | \_\_\_ |
   | II | 6 to 10 days | \_\_\_ | Minor | \_\_\_ |
   | III | 11 to 20 days | \_\_\_ | Misdem. | \_\_\_ |
   | IV | 21 to 60 days | \_\_\_ | Felony | _X_ |
   | V | 61 days and over | \_\_\_ | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? \_\_\_ Yes _X_ No   If yes, was it pending in the Central Region? \_\_\_ Yes \_\_\_ No

8. Did this case originate in the Narcotics Section, Miami? \_\_\_ Yes _X_ No

_____
Robin S. Rosenbaum
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached                                              REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant Name: __Ruth Antoine__    Case No.: _____

================================    ==========================================

Count #l: Bank Fraud - 18 U.S.C. §1344

**Max. Penalty:** 30 years' imprisonment; $1,000,000 fine, or twice the gross loss or gross gain

Count #

**Max. Penalty:**

Count #

**Max. Penalty:**

Count #:

**Max. Penalty:**

Count #:

**Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.