_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

RUTH ANTOINE

TO: **The United States Marshal**
**and any Authorized United States Officer**

# WARRANT FOR ARREST

CASE NUMBER: 00-6224-CI
Ferguson

YOU ARE HEREBY COMMANDED to arrest _____ Ruth Antoine _____
                                                                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) engaging in a scheme and artifice to defraud Washington Mutual, a financial institution whose accounts are insured by the Federal Deposit Insurance Corporation;

in violation of Title __18__ United States Code, Section(s) __1344 and 2__

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at __and__ *5,000 corporate surety bond with Nebbia
and *50,000 personal surety bond     by _____

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

August 10, 2000, Fort Lauderdale, Florida
Date and Location

United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
| --- | --- | --- |
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ Ruth Antoine _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX:   Female _____           RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: United States Secret Service Special Agent Shannon Shockley; 305-629-1875

## BOND RECOMMENDATION SHEET

### GERNIDE ANTOINE
Defendant

$5,000 corporate surety bond and a $50,000 personal surety bond is recommended.

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES FEDERAL COURTHOUSE
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA 33394
FLORIDA BAR NO. 908223
TELEPHONE: (954) 356-7255x3595
FACSIMILE: (954) 356-7336

Address of Defendant:

Agent:
U.S. Secret Service, Special Agent Shannon Shockley