| | | | |
|---|---|---|---|
| DEFT: | Ruth Antoine (surrender) | CASE NO: | 00-6224-CR-Ferguson |
| AUSA: | Robin Rosenbaum *present* | ATTNY: | Pat Hunt |
| AGENT: | | VIOL: | 18:1344 |
| PROCEEDING: | Initial Appearance | BOND REC: | PSB |

BOND HEARING HELD - (yes)/no     COUNSEL APPOINTED: _FPD_

BOND SET @ $25,000 PSB

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

FILED ___ D.C.
AUG 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

1) ✓ Do not violate any law.
2) ✓ Appear in court as directed.
3) ✓ Surrender and/or do not obtain passports/travel documents -- in Miami
4) ✓ Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) ✓ Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) ✓ Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) ✓ No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) ✓ Travel extended to: SD/FL
12) Halfway House _____
    Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

∆ - advised of charge
∆ - sworn for Counsel
∆ - partially indigent - must deposit $100 into Reg. of Ct. within 60 days.

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:
INQUIRY RE COUNSEL: status Conference   8-25-00  11:00am  SNOW
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE partially indigent   10-23-00  11:00am  BSS

DATE: 8-11-00   TIME: 11:00am   TAPE # 00-067   PG # 11
680-1058-3