

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6224-CR-Ferguson

UNITED STATES OF AMERICA

vs

Ruth Antoine                                     ARRAIGNMENT INFORMATION SHEET


The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  8-11-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address:  See Bond

                   Telephone: _____

DEFENSE COUNSEL:   Name:  FPD

                   Address: _____

                   Telephone: _____

BOND SET/CONTINUED:   $ 25,000 PSB

Bond hearing held: yes  X   no____ Bond hearing set for _____

Dated this  11  day of  August , 20 00 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No.  00-067

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services