# United States District Court

SOUTHERN   DISTRICT OF   FLORIDA   497683

UNITED STATES OF AMERICA

V.

RUTH ANTOINE

**WARRANT FOR ARREST**

CASE NUMBER: 00-6224-CR-Ferguson

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ Ruth Antoine _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) engaging in a scheme and artifice to defraud Washington Mutual, a financial institution whose accounts are insured by the Federal Deposit Insurance Corporation;

in violation of Title __18__ United States Code, Section(s) __1344 and 2__

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

August 10, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at *$5,000 corporate surety bond with Nebbia
and *$50,000 personal surety bond   by _____
United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at  Self surrender to USMS - Ft. Lauderdale, Fl |||
| DATE RECEIVED  8/11/00 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone  United States Marshal  Southern District of Florida | SIGNATURE OF ARRESTING OFFICER  Edward Purchase, SDUSM |
| DATE OF ARREST  8/11/00 | | |

10