UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6224-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| RUTH ANTOINE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**GOVERNMENT'S RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.   1.   Attached to the copy of this response provided to counsel for defendant please find a copy of any written statements made by the defendant.

           2.   That portion of the written record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent is attached to the copy of this response provided to counsel for the defendant.

           3.   The defendant did not testify before the Grand Jury.

           4.   The NCIC record of the defendant, if any exists, will be provided to counsel for the defendant.

           5.   Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 E. Broward Blvd., Suite 700, Fort Lauderdale,



Florida 33394. Please call the undersigned to set up a date and time that is convenient to both parties. The undersigned will tentatively set the date for September 5, 2000 at 11:00 a.m. Please call the undersigned with 48 hours' notice if you intend to review the evidence at this date and time.

The attachments to counsel for the defendant's copy of this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

B.     DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.     The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D.     The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E.     The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F.     The defendant was not identified in a line-up.

G.     The government has advised its agents and officers involved in this case to preserve all rough notes.

H.     The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of

this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

In addition, the government may introduce under Rule 404(b) evidence underlying the defendant's past criminal activity that has resulted in arrests and/or convictions and which is summarized in the attached documents.

I.  The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.  The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.  Not applicable

L.  The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.  The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N.  To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

O.  The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P.  At the discovery conference scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

3

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense. The approximate parameters of when the offenses occurred are outlined in the indictment.

The attachments to this response are numbered pages 1-7. Please contact the undersigned Assistant United States Attorney if any pages are missing.

                                        Respectfully submitted,

                                        GUY A. LEWIS
                                        UNITED STATES ATTORNEY

By:     *[signature]*
                     Robin S. Rosenbaum
                     Assistant United States Attorney
                     Florida Bar No. 908223
                     500 E. Broward Blvd.
                     Suite 700
                     Fort Lauderdale, FL 33394
                     Tel: (954) 356-7255 ext. 3595
                     Fax: (954) 356-7336

cc: Shannon Shockley, Special Agent
     United States Secret Service

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by interoffice mail, this 23rd day of August, 2000, to Daryl Wilcox, Esq., Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida  33301.

Robin S. Rosenbaum
Assistant United States Attorney

# WARNING AND CONSENT TO SPEAK

## WARNING OF RIGHTS

You must understand your rights before we ask you any questions.

You have the right to remain silent.

Anything you say can be used against you in court, or other proceedings.

You have the right to talk to a lawyer for advice before we question you and to have him with you during questioning.

If you cannot afford a lawyer and want one, a lawyer will be appointed for you by the court. If you decide to answer questions now without a lawyer present, you will still have the right to stop the questioning at any time. You also have the right to stop the questioning at any time until you talk to a lawyer.

I have read this statement of my rights and it has been read to me, and I understand what my rights are.

Date 4-17-00

Time 7:03 pm

Signature

## WAIVER

I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or force of any kind has been used against me. I hereby voluntarily and intentionally waive my right to remain silent and my right to have an attorney at this time. I am willing to make a statement and answer questions.

Date 4-17-00

Time 7:05 pm

Signature

## CERTIFICATION

I hereby certify that the foregoing Warning of Rights and Waiver were read by me to the above signatory, and that he also read it and has affixed his signature hereto in my presence.

Witness

Signature

Witness

UNITED STATES SECRET SERVICE

SSF 1737B (1/83)

Date: 04/17/00
Time: 2035 Hours

City of Miami )
County of Dade )
State of Florida )

Ruth Antoine, being first duly sworn, according to law, deposes and says:

I have been advised by Special Agent Shannon Shockley, United States Secret Service, that under the provisions of the Constitution, I cannot be compelled to be a witness against myself; that I have the right to remain silent; that I have the right to talk to an attorney before being questioned; and to have an attorney present at the time I am questioned. I have also been advised that if I cannot afford an attorney and want one, an attorney will be appointed for me. If I decide to answer questions now, or make a written statement without an attorney present, I understand I still have the right to stop the questioning at any time.

I have read the above paragraph outlining my rights and it has been read to me, and I understand what my rights are. I am willing to make a statement and answer questions. I do not want an attorney present at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me. This statement is a voluntary act on my part prompted by my desire to tell the facts, and I do not expect to gain any reward or special consideration by reason of making this statement, and I understand this statement may be used against me in court or other proceedings.

(Wed 4/12/2000 afternoon) Germide N→ then help
Thu → My sister stated to me how to she and that's 2 others came up w/ the sum of money (19,900) she stated she would get a cut since they used her acct to do it. Later IN that day I spoke to an individual and gave him my acct number by the name of Mark and he said we can do it tomorrow if (I wanted)

Thurs 4/13/00 afternoon early I received a call to meet Steve at the complex which I did and followed him to the Washing Mutal Bank. He (Steve) describe the teller (hispanic young male only male in there) I went in there got a deposit slip and he pulled out a withdraw slip he signed I signed. 20 mins later the manager said that my signature did not match 2

home branch. So I got in the truck and told Steve it didn't go he said my (teller manager) signature didn't match. He received a call on his phone (I presumed by the teller stating her signature didn't match.

And, stated

Steve and this other guy came in the back Sit stated he's of this Fri-Sat we need the money out! The received the call again I (presumed) someone bigger because the guy in the back sounded frighten or didn't know what to do since there wasn't nothing to be done but to transfer the funds somewhere else.

PA
Ruth Antoine
4-17-00

3

```
FILE:   _____
DATE:   04/17/00
PAGE:   _____
```

I have read over the foregoing statement consisting of __4__ pages, and I have been given an opportunity to make corrections. I understand what my rights are as to silence and to counsel, and I have waived these rights. All facts contained herein are true to the best of my knowledge.

*Ruth Antoine*

Signed and sworn to before me this __17__ day of __April__, ~~199~~ 2000

*[signature]*
Special Agent, U. S. Secret Service

(Authority to administer oaths:
Section 303, Title 5, U.S.Code)

Witnessed:   _____

4



5

```
THIS DOCUMENT HAS A GRADUATED BACKGROUND. DARK TO LIGHT. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.
```

ELAINE NELSON
3177 LA MIRAGE DR
LAUDERHILL, FL 33319

63-8413/2670
1920354276

**120**

DATE 4-12-00

PAY TO THE ORDER OF Ruth Antoun    $ 19,870.64

Nineteen Thousand Eight hundred Seventy 64/100 DOLLARS

Washington Mutual
Washington Mutual Bank, FA
Sunrise University Financial Center 1763
3300 N. University Drive    1-800-756-7000
Sunrise, FL 33351    24 hour Customer Service

for Exporting Merchandise    Elaine Nelson

⑈267084131⑈194⋯844318⋯8⑈ 0120

6

