HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by ___ D.C.
AUG 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __COURTNEY MARKS__ CASE NO: ~~00-6264-CR-ZLOCH~~
AUSA __JEFFREY KAPLAN__ /Behnke/ ATTY __LAWRENCE KERR__ pvt
00-046
Disc rec'd - possible plea -
@ 1200

DEFT __RUTH ANTOINE__ CASE NO: __00-6224-CR-FERGUSON__ ✓
AUSA __ROBIN ROSENBAUM__ /Behnke/ ATTY __FPD__ - Bidwill for Wilcox
Disc Out - No motions pending
2 days to try
@ 1439

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __8-25-00__ TIME __11:00__

13