UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-FERGUSON

UNITED STATES OF AMERICA,      :

    Plaintiff,      :

v.      :

RUTH ANTOINE,      :

    Defendant.      :

FILED by ___ D.C.
AUG 2 _ ___
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on August 25, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case should be ready for trial on or after September 11, 2000.

DATED at Fort Lauderdale, Florida, this **25** day of August, 2000.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robin Rosenbaum (FTL)
AFPD Darryl Wilcox (FTL)

