## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-FERGUSON/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUTH ANTOINE,

    Defendant.

_____ /



### UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

Defendant, Ruth Antoine, through counsel, respectfully moves for a continuance of the trial in this matter for a period of at least thirty (30) days, from the currently scheduled trial period beginning September 25, 2000, and in support states as follows:

1. Ms. Antoine is charged with attempting to defraud a financial institution in violation of 18 U.S.C. § 1344. The indictment specifically charges Ms. Antoine with attempting to withdraw $10,000.00 from her Washington Mutual bank account against a forged $19, 870.64 counterfeit and forged check from the Washington Mutual account of Elaine Nelson which had been deposited into Ms. Antoine's account.

2. Defendant was arraigned in this matter on August 11, 2000. This case is currently set for trial during the two-week period commencing September, 25, 2000. This is the first trial setting in this matter.

3. The government filed its response to the Standing Discovery Order on August 25, 2000. However, the government failed to include documents and items which are material to the



defendant's defense, specifically the withdrawal slip which Ms. Antoine completed in the alleged
attempt to withdraw the $10,000.

4.    In addition, the government did not provide the defense with an inculpatory
statement that Ms. Antoine made to a Secret Service agent.

5.    Assistant United States Attorney Robin Rosenbaum who is prosecuting this case for
the government has advised that she will provide the defense with a copy of the withdrawal slip and
a summary of the statement Ms. Antoine made to the Secret Service agent. Ms. Rosenbaum has no
objection to the Court granting the continuance sought by this motion.

6.    The defense also needs additional time to investigate the facts of the case and
interview potential defense witnesses.

WHEREFORE, Defendant, Ruth Antoine, through undersigned counsel, respectfully requests
that the trial in this cause be continued for a period of at least thirty (30) days.

                    KATHLEEN WILLIAMS
                    FEDERAL PUBLIC DEFENDER

                By: _____
                    Daryl E. Wilcox
                    Assistant Federal Public Defender
                    Florida Bar No. 838845
                    101 N.E. 3rd Avenue, Suite 202
                    Ft. Lauderdale, Florida 33301
                    (954) 356-7436 / FAX (954) 356-7556

                    CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 14th
day of September, 2000 to Robin Rosenbaum, Assistant United States Attorney at 299 East Broward
Blvd., Ft. Lauderdale, FL 33301.

                _____
                Daryl E. Wilcox