UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-FERGUSON/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUTH ANTOINE,

    Defendant.
_____/

**ORDER GRANTING**
**UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL**

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Continue Trial, bearing Certificate of Service dated September 14, 2000, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The trial period in this matter is hereby reset as follows: *Two week trial period beginning 10/16/00. The government shall produce a videotape of the subject bank transaction.*

DONE AND ORDERED on this 18th day of September, 2000 at Fort Lauderdale, Florida.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc: All counsel of record