UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6224-CR-FERGUSON

UNITED STATES OF AMERICA )
)
vs )
)
RUTH ANTOINE, )
)
Defendant. )
_____ )

**NIGHT BOX FILED**
**OCT 1 1 2000**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE

The United States, by and through undersigned counsel, hereby respectfully moves the Court for a continuance of trial date in the above-captioned case. The reasons for this motion are as follows:

1. This case is currently scheduled for calendar call on October 16, 2000, for the trial period beginning October 23, 2000.

2. Secret Service Special Agent Shannon Shockley, the case agent and a necessary witness (Agent Shockley took the defendant's confession and conducted the investigation in this case), is on protective duty assignments from October 23 through November 15, 2000. Because this is an election year, and particularly because the time period involved in Agent Shockley's assignment includes the United States Presidential election, protective duty assignments are more extensive than usual. Consequently, removing Agent Shockley from the duty assignment would be extremely difficult, if not impossible.

3. The undersigned Assistant United States Attorney, who is assigned to handled this case, has purchased prepaid, non-refundable plane tickets for a vacation from November 18 through



November 25, 2000.

3. Defendant is out on bond.

4. As of today's date, by the government's calculations, thirty-three days on the Speedy Trial Clock have expired, and thirty-seven remain.

5. The United States has not sought any continuances prior to the continuance sought in the instant motion. The defendant has requested and been granted one continuance.

6. Undersigned counsel has spoken with counsel for defendant, and he does not object to this motion for continuance.

For the foregoing reasons, the United States respectfully moves the Court to continue this case until November 27, 2000.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
Tel: 954-356-7255 ext. 3595
Fax: 954-356-7336

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by facsimile and inter-office mail this 11th day of October, 2000, to Daryl Wilcox, Esq., Federal Public

Defender's Office, 101 N.E. 3${}^{rd}$ Avenue, Suite 202, Fort Lauderdale, Florida 33301.

Robin S. Rosenbaum
Assistant United States Attorney