CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _DMcI_ D.C.
OCT 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. 00-6224-CR-WDF   Date: 10/16/00

Clerk: __Deloris McIntosh__   Reporter: __Paul Haferling__

USPO: _____   Interpreter: __None__

UNITED STATES OF AMERICA vs. Ruth Antoine

AUSA: Robin Rosenbaum

Defendant(s) Counsel: Daryl Wilcox

Defendant(s) Present__ Not Present__ In Custody__

Reason for hearing: Calendar Call

Result of hearing: Motion for Continuance granted

Case Continued to: 11/3/00 Time: 3:15 P.M. For: Calendar Call

19