UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6224-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| RUTH ANTOINE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF UNAVAILABILITY

Please take notice that undersigned counsel for the United States has purchased non-refundable tickets for a prepaid vacation from November 18 through November 25, 2000. For these reasons, the United States respectfully requests that no proceedings be set from November 18 through November 26, 2000, in this case.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33394
Tel: 954-356-7255 ext. 3595
Fax: 954-356-7336



CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by inter-office mail this 23rd day of October, 2000, to Daryl Wilcox, Esq., Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

Robin S. Rosenbaum
Assistant United States Attorney