UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-FERGUSON/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUTH ANTOINE,

    Defendant.
_____/

## UNOPPOSED MOTION TO TRAVEL OUTSIDE THE DISTRICT

Defendant, Ruth Antoine, through counsel, respectfully respects moves that this Court Modify the Condition of her Pretrial Release to allow her to travel to Monticello, Florida, and in support thereof states:

1.   Ms. Antoine is charged with attempting to defraud a financial institution in violation of 18 U.S.C. § 1344.

2.   At the initial appearance hearing held on August 11, 2000, United States Magistrate Judge Barry Seltzer released Ms. Antoine on a $25,000.00 personal surety bond.

3.   Ms. Antoine is requesting that the conditions of her bond be modified so that she may visit with family members in Monticello, Florida during the weekend of October 27-29, 2000. If this motion is granted, Ms. Antoine will travel to Monticello by bus and will reside at Route Box 112k, Monticello, Florida; telephone (850) 997-0026. Ms. Antoine will leave the Southern District on October 27th and return on October 29th.



4. The undersigned has contacted Assistant United States Attorney Robin Rosenbaum and Ms. Rosenbaum has no objection to the Court granting the relief sought by this motion.

WHEREFORE, Defendant, Ruth Antoine, through undersigned counsel, respectfully requests that the conditions of her bond be modified to allow her to travel to Monticello, Florida

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436 / FAX (954) 356-7556

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 23rd day of October, 2000 to Robin Rosenbaum, Assistant United States Attorney at 299 East Broward Blvd., Ft Lauderdale, FL 33301.

Daryl E. Wilcox