UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-FERGUSON/Seltzer

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

RUTH ANTOINE :

    Defendant. :
_____/

[FILED stamp: NOV 17 2000, CLARENCE MADDOX, CLERK USDC / SDFL / FTL]

## DEFENDANT'S NOTICE OF INTENT TO INTRODUCE DOCUMENTS AND TANGIBLE EVIDENCE AT TRIAL.

The Defendant, RUTH ANTOINE, hereby files this notice of intent to introduce the following documents or tangible objects as evidence at trial, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(A). The listed items are available for inspection, copying and photographing at the Office of the Federal Public Defender.

1. Photocopy of the Ms. Antoine's Florida Drivers License

2. Photocopy of Ms. Antoine's Washington Mutual Bank Signature Card.

3. Photocopy of Ms. Antoine's Social Security Card.

                        Respectfully submitted,

                        KATHLEEN M. WILLIAMS
                        FEDERAL PUBLIC DEFENDER

By: _____
    Daryl E. Wilcox
    Assistant Federal Public Defender
    Florida Bar No. 838845
    101 N.E. 3rd Avenue, Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436
    (954) 356-7556 FAX

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 17th day of November, 2000 to Robin Rosenbaum, Assistant United States Attorney's Office, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394.

_____
Daryl E. Wilcox

S:\WILCOX\antoine\DISCLOSU.wpd

2