C R I M I N A L    M I N U T E S

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
HONORABLE JOSE A. GONZALEZ, JR., PRESIDING

CASE NUMBER  00-6224-CR-JAG   DATE  11/28/00
COURTROOM CLERK Deloris M. Intosh  COURT REPORTER  Anita LaRocca
PROBATION OFC. _____ INTERPRETER _____

UNITED STATES OF AMERICA  vs.  Ruth Antoine
U.S. Attorney  Robin Rosenbaum  DEFT. COUNSEL  Daryl Wilcox
DEFENDANT: Present ✓  Not Present ___  On Bond ___  In Custody ✓

REASON FOR HEARING: Jury Selection / Trial

RESULT OF HEARING: Gov't Motion in Limine granted;
Opening Statements; Gov't Rest

Defense Counsels Rule 29 motion Denied

CONTINUED TO:  Date  11/29/00   TIME  9:00
For: _____

MISC. _____

26/DM