C R I M I N A L    M I N U T E S

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
HONORABLE JOSE A. GONZALEZ, JR., PRESIDING

CASE NUMBER _00-6224-CR-JAG_ DATE _11/29/00_

COURTROOM CLERK _DeLoRis McIntosh_ COURT REPORTER __Anita LaRocca__

PROBATION OFC. _____ INTERPRETER _____

UNITED STATES OF AMERICA vs. _Ruth Antoine_

U.S. Attorney _Robin Rosenbaum_ DEFT. COUNSEL _Daryl Wilcox_

DEFENDANT: Present _✓_ Not Present ___ On Bond _✓_ In Custody ___

REASON FOR HEARING: _Jury Trial_

RESULT OF HEARING: _Defense presents case: Defense Rests_
_Closing Arguments; Deft found guilty as_
_to Count 1_

_____

_____

_____

_____

_____

CONTINUED TO: Date _2/23/01_ TIME _9:30_
For: _Sentencing_

_____

MISC. _____

_____

_____