UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-Cr-FERGUSON/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUTH ANTIONE,

    Defendant.
_____/



## DEFENDANT'S PROPOSED JURY INSTRUCTIONS

The defendant, Ruth Antoine, pursuant to *United States v. Opdahl*, 930 F.2d 1530 (11th Cir. 1991) and *United States v. Parker*, 566 F.2d 1304 (5th Cir. 1978), respectfully requests the Court instruct the jury in accordance with the attached proposed instructions.

                Respectfully submitted,

                KATHLEEN WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____
    Daryl E. Wilcox
    Assistant
    Federal Public Defender
    Florida Bar No. 838845
    101 N.E. 3rd Avenue, Suite 202
    Ft. Lauderdale, Florida 33301
    (954) 356-7436
    (954) 356-7556 Fax

## COERCION AND INTIMIDATION

It is the theory of the defense in this case that although the Defendant may have committed the acts charged in the indictment, the Defendant did not do so willfully but only because of force or coercion in the form of intimidation and threats of bodily harm to the Defendant or to the Defendant's family.

In order to excuse an act that would otherwise be criminal, however, the intimidation or coercion must be present and immediate, and must be of such a nature that it induces a reasonable and well-founded fear of death or serious bodily injury to one's self or someone else; and there must be no reasonable opportunity to escape the coercion without participating in the crime.

The government has the burden of proving that the defendant was not coerced or intimidated. If the government fails to prove the absence of coercion or intimidation beyond a reasonable doubt, then you must find the defendant not guilty.

11th Circuit Special Instruction 15 (Modified); *United States v. Deleveaux*, 205 F.3d 1292, 1298-1300 (11th Cir. 2000)(holding that if defendant asserts a defense that has the effect of negating any element of the offense, the government must disprove that defense beyond a reasonable doubt); *United States v. Toney*, 27 F.3d 1245 (7th Cir. 1994); Eighth Circuit Model Jury Instruction 9.02 n.1.

*Denied*
~~Granted~~

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was filed in open court and hand-delivered this ___ day of November, 2000 to Robin Rosenbaum, Assistant United States Attorney at 299 East Broward Blvd., Ft. Lauderdale, FL 33301.

_____
Daryl E. Wilcox