# United States District Court

DISTRICT OF **Southern** **Florida**

FILED by _____

00 NOV 29 PM 2:40

**USA v. Ruth Antoine**

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: **00-6224-CR-JAG**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jose A. Gonzalez Jr. | Robin Rosenbaum | Daryl Wilcox |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/28, 29/00 | Anita LaRocca | Deloris McIntosh |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 11/28/00 | — | ✓ | Laurie Lee Asites |
| ✓ | | " | 3 | ✓ | Check deposited into Ruth Antoine's Account |
| ✓ | | " | 4 | ✓ | Washington Mutual Deposit Slip |
| | ✓ | " | 1 | ✓ | Signature Card - Ruth Antoine |
| ✓ | | " | — | ✓ | S/A Shannon Shockley |
| ✓ | ✓ | " | 2 | ✓ | Consent to speak Form - Ruth Antoine |
| ✓ | ✓ | " | 1 | ✓ | Statement of Ruth Antoine |
| ✓ | | " | 5 | ✓ | Video - defendant inside bank |
| | ✓ | " | 11A | ✓ | Report of S/A Shockley dated 4/16/00 |
| ✓ | | " | 6 | ✓ | Handwritten Notes of S/A Shockley |
| ✓ | | " | — | ✓ | Elaine Nelson - Check owner |
| ✓ | | " | — | ✓ | S/A Chuck Bloodworth |
| | ✓ | 11/29/00 | — | ✓ | Ruth Antoine |
| | ✓ | " | 3 | ✓ | Signature of Ruth Antoine |
| | ✓ | " | — | ✓ | Jernean Antoine |
| | ✓ | " | 4 | ✓ | Statement of Gernili Antoine 4/14/00 |
| ✓ | | " | 5 | ✓ | Statement of Gernide Antoine 4/14/00 |
| ✓ | | " | — | ✓ | Rosa B. Kelly, Teacher |

29/JM