Jury Note

11/24/00

00-6224-CR-JAG
Ruth Antoine

We have reached verdict.

Kenneth J. Rizza

*/signature/*

FILED
00 NOV 29 PM 2:39
CLARENCE MADDOX
CLERK USDC/SDFL/FTL

30/DM