RECEIVED & FILED IN OPEN COURT
ON 11/29/00 AT
FT. Lauderdale, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6224-CR-GONZALEZ

UNITED STATES OF AMERICA

vs.

RUTH ANTOINE
_____/

## V E R D I C T

We, The Jury, find the defendant RUTH ANTOINE

as to Count ONE  ____Guilty____
(Guilty/Not Guilty)

as charged in the Indictment.

SO SAY WE ALL

Dated at the United States Courthouse, Fort Lauderdale, Florida, this ___29th___ day of November, 2000.

_____
(Foreperson)
Kenneth J. Rizza

31/JM