# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
Plaintiff(s)

vs.

Ruth Antoine
Defendant(s)

Case No. 00-6224-CR-JAG

## *RELEASE OF EXHIBITS*

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ❑ Miami   ❑ Ft. Lauderdale   ❑ West Palm Beach
   Item Nos. _____

☐ Other (Explain): _____

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: Daryl E. Wilcox
AGENCY OF FIRM: Federal Public Defender
ADDRESS: 101 S.E. 3rd Ave. 2nd Floor
TELEPHONE: 356-7434 ext. 112
DATE: November 29, 2000

EXHIBITS RELEASED BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

33/DM