# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
Plaintiff(s)

vs.

Ruth Antoine
Defendant(s)

Case No. 00-6224-CR-JAG

FILED
00 NOV 29 PM 2: 4

### *RELEASE OF EXHIBITS*

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ❏ Miami   ❏ Ft. Lauderdale   ❏ West Palm Beach
   Item Nos. _____

☐ Other (Explain) : _____

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: R. Rosenbaum
PRINT NAME: Robin Rosenbaum
AGENCY OF FIRM: US Attorney's Office
ADDRESS: 500 E Broward Blvd, Suite 700
         Ft. Laud., FL
TELEPHONE: 954-356-7255 ext. 3595
DATE: 11-29-00

Government
EXHIBITS RELEASED
BY: Delores McIntosh
   (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

34/DM