UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6224-CR-FERGUSON

UNITED STATES OF AMERICA )
)
vs. )
)
RUTH ANTOINE, )
)
Defendant. )
_____ )

**NIGHT BOX
FILED**

DEC 11 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## GOVERNMENT'S PROPOSED JURY INSTRUCTIONS

The United States hereby files its proposed jury instructions. All of the proposed jury instructions are Eleventh Circuit Pattern Jury Instructions. For ease of reference, the United States requests that the following instructions be given: Basic Instructions 1, 2.1, 2, 4.2, 5, 6.3, 9.1, 10.1, 11, and 12; and Special Instructions 2.1 and 7. Because no pattern instruction exists for the applicable offense in this case, 18 U.S.C. §1344, we have provided a proposed offense instruction. The United States additionally requests the opportunity to seek additional instructions or modify the proposed instructions as necessary



resulting from issues arising during the trial.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 356-7255 ext. 3595
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing

was hand-delivered November 28, 2000, to Daryl Wilcox, Esq.,

Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202,

Fort Lauderdale, Florida  33301.

Robin S. Rosenbaum
Assistant United States Attorney

2

Members of the Jury:

It is now my duty to instruct you on the rules of law that you must follow and apply in deciding this case. When I have finished you will go to the jury room and begin your discussions - - what we call your deliberations.

It will be your duty to decide whether the Government has proved beyond a reasonable doubt the specific facts necessary to find the Defendant guilty of the crime charged in the indictment.

**Duty to Follow Instructions**
**Presumption of Innocence**

You must make your decision only on the basis of the testimony and other evidence presented here during the trial; and you must not be influenced in any way by either sympathy or prejudice for or against the Defendant or the Government.

You must also follow the law as I explain it to you whether you agree with that law or not; and you must follow all of my instructions as a whole. You may not single out, or disregard, any of the Court's instructions on the law.

The indictment or formal charge against any Defendant is not evidence of guilt. Indeed, every Defendant is presumed by the law to be innocent. The law does not require a Defendant to prove innocence or to produce any evidence at all. The Government has the burden of proving a Defendant guilty beyond a reasonable doubt, and if it fails to do so you must find that Defendant not guilty.

4

**3**

### Definition of Reasonable Doubt

Thus, while the Government's burden of proof is a strict or heavy burden, it is not necessary that a Defendant's guilt be proved beyond all possible doubt. It is only required that the Government's proof exclude any "reasonable doubt" concerning the Defendant's guilt.

A "reasonable doubt" is a real doubt, based upon reason and common sense after careful and impartial consideration of all the evidence in the case.

Proof beyond a reasonable doubt, therefore, is proof of such a convincing character that you would be willing to rely and act upon it without hesitation in the most important of your own affairs. If you are convinced that the Defendant has been proved guilty beyond a reasonable doubt, say so. If you are not convinced, say so.

## 4.2

### Consideration of the Evidence, Direct
### and Circumstantial - - Argument of Counsel
### Comments by the Court

As I said earlier, you must consider only the evidence that I have admitted in the case. The term "evidence" includes the testimony of the witnesses and the exhibits admitted in the record. Remember that anything the lawyers say is not evidence in the case. It is your own recollection and interpretation of the evidence that controls. What the lawyers say is not binding upon you. Also, you should not assume from anything I may have said that I have any opinion concerning any of the issues in this case. Except for my instructions to you on the law, you should disregard anything I may have said during the trial in arriving at your own decision concerning the facts.

In considering the evidence you may make deductions and reach conclusions which reason and common sense lead you to make; and you should not be concerned about whether the evidence is direct or circumstantial. "Direct evidence" is the testimony of one who asserts actual knowledge of a fact, such as an eye witness. "Circumstantial evidence" is proof of a chain of facts and circumstances tending to prove, or disprove, any fact in dispute. The law makes no distinction between

6

the weight you may give to either direct or circumstantial evidence.

5

## Credibility of Witnesses

Now, in saying that you must consider all of the evidence, I do not

mean that you must accept all of the evidence as true or accurate. You

should decide whether you believe what each witness had to say, and

how important that testimony was. In making that decision you may

believe or disbelieve any witness, in whole or in part. Also, the number of

witnesses testifying concerning any particular dispute is not controlling.

In deciding whether you believe or do not believe any witness I

suggest that you ask yourself a few questions: Did the witness impress

you as one who was telling the truth? Did the witness have any particular

reason not to tell the truth? Did the witness have a personal interest in

the outcome of the case? Did the witness seem to have a good memory?

Did the witness have the opportunity and ability to observe accurately the

things he or she testified about? Did the witness appear to understand the

questions clearly and answer them directly? Did the witness's testimony

differ from other testimony or other evidence?

## Impeachment
## Inconsistent Statement
### (Defendant Testifies With No Felony Conviction)

You should also ask yourself whether there was evidence tending to prove that a witness testified falsely concerning some important fact; or, whether there was evidence that at some other time a witness said or did something, or failed to say or do something, which was different from the testimony the witness gave before you during the trial.

You should keep in mind, of course, that a simple mistake by a witness does not necessarily mean that the witness was not telling the truth as he or she remembers it, because people naturally tend to forget some things or remember other things inaccurately. So, if a witness has made a misstatement, you need to consider whether it was simply an innocent lapse of memory or an intentional falsehood; and the significance of that may depend on whether it has to do with an important fact or with only an unimportant detail.

A Defendant has a right not to testify. If a Defendant does testify, however, you should decide in the same way as that of any other witness whether you believe the Defendant's testimony.

9

## 2.1

### Confession - - Statement
### (Single Defendant)

When the Government offers testimony or evidence that a Defendant made a statement or admission to someone, after being arrested or detained, the jury should consider the evidence concerning such a statement with caution and great care.

It is for you to decide (1) whether the Defendant made the statement and (2) if so, how much weight to give to it. In making these decisions you should consider all of the evidence about the statement, including the circumstances under which the Defendant may have made it.

**7**
**Aiding and Abetting (Agency)**
**18 USC § 2**

The guilt of a Defendant in a criminal case may be proved without evidence that the Defendant personally did every act involved in the commission of the crime charged. The law recognizes that, ordinarily, anything a person can do for one's self may also be accomplished through direction of another person as an agent, or by acting together with, or under the direction of, another person or persons in a joint effort.

So, if the acts or conduct of an agent, employee or other associate of the Defendant are willfully directed or authorized by the Defendant, or if the Defendant aids and abets another person by willfully joining together with that person in the commission of a crime, then the law holds the Defendant responsible for the conduct of that other person just as though the Defendant had personally engaged in such conduct.

However, before any Defendant can be held criminally responsible for the conduct of others it is necessary that the Defendant willfully associate in some way with the crime, and willfully participate in it. Mere presence at the scene of a crime and even knowledge that a crime is being committed are not sufficient to establish that a Defendant either directed

11

or aided and abetted the crime. You must find beyond a reasonable doubt that the Defendant was a willful participant and not merely a knowing spectator.

**9.1**

**On or About - - Knowingly - - Willfully**

You will note that the indictment charges that the offense was committed "on or about" a certain date. The Government does not have to prove with certainty the exact date of the alleged offense. It is sufficient if the Government proves beyond a reasonable doubt that the offense was committed on a date reasonably near the date alleged.

The word "knowingly," as that term is used in the indictment or in these instructions, means that the act was done voluntarily and intentionally and not because of mistake or accident.

The word "willfully," as that term is used in the indictment or in these instructions, means that the act was committed voluntarily and purposely, with the specific intent to do something the law forbids; that is with bad purpose either to disobey or disregard the law.

13

GOVERNMENT'S PROPOSED OFFENSE INSTRUCTION

The Indictment charges the defendant with bank fraud, in violation of Title 18, United States Code, Section 1344.

Title 18, United States Code, Section 1344, provides in pertinent part:

> Whoever knowingly executes, or attempts to execute, a scheme or artifice – (1) to defraud a financial institution; or (2) to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises, [shall be guilty of an offense against the United States].

The defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt:

First:   That the defendant knowingly and willfully devised a scheme or artifice to defraud a financial institution, **OR** to

14

> obtain the moneys or funds of or under
> the custody or control of a financial
> institution by means of false or
> fraudulent pretenses, representations or
> promises; and

Second:    As alleged in the Indictment, the
           defendant in fact executed or attempted
           to execute the scheme or artifice.

The indictment in this case alleges that the defendant committed the

offense in both ways set forth in the statute; that is, by knowingly and

willfully executing and attempting to execute a scheme and artifice to

defraud the institution, and by knowingly and willfully executing and

attempting to execute a scheme and artifice to obtain moneys and funds

under the custody and control of the institution by means of false and

fraudulent pretenses, representations, and promises.

It is not necessary, however, for the government to prove both ways

alleged in the indictment. The government must only prove beyond a

reasonable doubt that the defendant committed the offense in either of the

two ways set forth in the statute; and in order to return a verdict of guilty,

you must agree unanimously upon the way in which the offense was

committed.

The words "scheme" and "artifice" include any deliberate plan of

action or course of conduct by which someone intends to deceive or to

15

cheat another (in this case a financial institution) or by which someone intends to deprive an institution of something of value.

Although the government must prove beyond a reasonable doubt that a scheme or artifice as defined above existed, it is not necessary that the government prove all of the details alleged in the indictment concerning the precise nature and purpose of the scheme or artifice; or that the scheme or artifice alleged ever succeeded in defrauding anyone, or actually caused a loss to anyone or actually led to a benefit to the defendant; or that the acts alleged in the indictment were intended as the exclusive means of accomplishing the alleged scheme or artifice.

A statement is "false" or "fraudulent" if it relates to a material fact and is known to be untrue or is made with reckless indifference to its truth or falsity, and is made or caused to be made with intent to defraud. A statement or representation may also be "false" or "fraudulent" when it constitutes a half-truth, or conceals a material fact with intent to defraud.

A "material fact" is a fact that would be important to a reasonable person deciding whether or not to engage in a particular transaction.

To act with "intent to defraud" means to act knowingly and with specific purpose to deceive someone, ordinarily for the purpose of causing some financial loss to another or brining about some financial gain to one's

self.

For purposes of this statute, a financial institution includes any bank

the deposits of which are insured by the Federal Deposit Insurance

Corporation.


Citations
Title 18, United States Code, Section 1344; Eleventh Circuit Pattern Jury Instructions, Offense Instructions 41 and 42 (Mail and Wire Fraud); United States v. Fontana, 948 F.2d 796, 800-02 (1st Cir. 1991); United States v. Bonnett, 877 F.2d 1450, 1458 (10th Cir. 1989); United States v. Goldblatt, 813 F.2d 619 (3rd Cir. 1987); Devitt and Blackmar, Sections 40.09-40.15 (Bank Fraud).

## 10.1

### Caution - - Punishment
### (Single Defendant - - Single Count)

I caution you, members of the Jury, that you are here to determine from the evidence in this case whether the Defendant is guilty or not guilty. The Defendant is on trial only for the specific offense alleged in the indictment.

Also, the question of punishment should never be considered by the jury in any way in deciding the case. If the Defendant is convicted the matter of punishment is for the Judge alone to determine later.

11

## Duty to Deliberate

Any verdict you reach in the jury room, whether guilty or not guilty, must be unanimous. In other words, to return a verdict you must all agree. Your deliberations will be secret; you will never have to explain your verdict to anyone.

It is your duty as jurors to discuss the case with one another in an effort to reach agreement if you can do so. Each of you must decide the case for yourself, but only after full consideration of the evidence with the other members of the jury. While you are discussing the case do not hesitate to reexamine your own opinion and change your mind if you become convinced that you were wrong. But do not give up your honest beliefs solely because the others think differently or merely to get the case over with.

Remember, that in a very real way you are judges - - judges of the facts. Your only interest is to seek the truth from the evidence in the case.

**12**

## Verdict

When you go to the jury room you should first select one of your members to act as your foreperson. The foreperson will preside over your deliberations and will speak for you here in court.

A form of verdict has been prepared for your convenience.


[Explain verdict]


You will take the verdict form to the jury room and when you have reached unanimous agreement you will have your foreperson fill in the verdict form, date and sign it, and then return to the courtroom.

If you should desire to communicate with me at any time, please write down your message or question and pass the note to the marshal who will bring it to my attention. I will then respond as promptly as possible, either in writing or by having you returned to the courtroom so that I can address you orally. I caution you, however, with regard to any message or question you might send, that you should not tell me your

numerical division at the time.