UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6224-CR-FERGUSON

UNITED STATES OF AMERICA )
)
vs. )
)
RUTH ANTOINE, )
)
        Defendant. )
_____)

**NIGHT BOX
FILED**

DEC 11, 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through its undersigned counsel, hereby files its exhibit list for trial in the above-captioned matter. The United States respectfully requests the right to use additional exhibits not named on this list, should presently unanticipated rebuttal become necessary.

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Hand-written confession of Ruth Antoine |
| 2 | Miranda rights waiver of Ruth Antoine |
| 3 | Counterfeit check drawn on the account of Elaine Nelson and made payable to Ruth Antoine |
| 4 | Bank records regarding the deposit of Exhibit 3 into Ruth Antoine's Washington Mutual Bank account (deposit slip; computer printout showing credit to Antoine account) |
| 5 | Washington Mutual Bank surveillance videotape from April 13, 2000 |



6    FDIC certificate for Washington Mutual Bank

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

By: *(signature)*
    ROBIN S. ROSENBAUM
    ASSISTANT U.S. ATTORNEY
    Florida Bar No. 908223
    500 E. Broward Blvd., Suite 700
    Fort Lauderdale, Florida 33394
    Tel: (954) 356-7255 ext. 3595
    Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand-delivered November 28, 2000, to Daryl Wilcox, Esq., Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

*(signature)*
Robin S. Rosenbaum
Assistant United States Attorney