UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6224-CR-FERGUSON

UNITED STATES OF AMERICA )
)
vs. )
)
RUTH ANTOINE, )
)
        Defendant. )

**NIGHT BOX FILED**

DEC 11, 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S WITNESS LIST

The United States of America, by and through its undersigned counsel, hereby files its list of witnesses for trial in the above-captioned matter. The United States respectfully requests the right to call additional witnesses not named on this list, should presently unanticipated rebuttal become necessary.

1. Secret Service Special Agent Chuck Bloodworth
2. Craig Fuller
3. Don Henbest
4. Elaine Nelson
5. Secret Service Special Agent Shannon Shockley

6.   Laura Yasita

                        Respectfully submitted,

                        GUY A. LEWIS
                        UNITED STATES ATTORNEY

By: *(signature)*
      ROBIN S. ROSENBAUM
      ASSISTANT U.S. ATTORNEY
      Florida Bar No. 908223
      500 E. Broward Blvd., Suite 700
      Fort Lauderdale, Florida 33394
      Tel: (954) 356-7255 ext. 3595
      Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand-delivered November 28, 2000, to Daryl Wilcox, Esq., Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

*(signature)*
Robin S. Rosenbaum
Assistant United States Attorney