UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-FERGUSON/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUTH ANTOINE,

    Defendant.
_____/

## UNOPPOSED MOTION TO CHANGE PLACE OF RESIDENCE

Defendant, Ruth Antoine, through counsel, respectfully respects moves that this Court Modify the Condition of her Pretrial Release to allow her to change her place of residence, and in support thereof, Ms. Antoine states:

1. Ms. Antoine was convicted of attempting to defraud a financial institution in violation of 18 U.S.C. § 1344.

2. After the conviction, United States District Court Judge Jose Gonzalez allowed Ms. Antoine to remain out on bond pending her sentencing hearing scheduled for February 23, 2001.

3. Ms. Antoine is requesting that the conditions of her bond be modified to allow her to change her residence from 2135 N.E. 169th Street, Apt. 107, Miami, Florida to 790 N.W. 116th Street, Miami Florida. The latter address is the home of Ms. Antoine's parents.

4. Ms. Antoine's request for change of residence is being made in preparation for her sentencing which may result in a prison sentence.

5. The undersigned has contacted Assistant United States Attorney Robin Rosenbaum

39

and Ms. Rosenbaum has no objection to the Court granting the relief sought by this motion.

WHEREFORE, Defendant, Ruth Antoine, through undersigned counsel, respectfully requests that the conditions of her bond be modified to allow her to change her residence.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Daryl E. Wilcox
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436 / FAX (954) 356-7556

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 31th day of January, 2000 to Robin Rosenbaum, Assistant United States Attorney at 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301.

/s/ Daryl E. Wilcox
Daryl E. Wilcox