**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Sentencing Minutes for Hon. Jose A. Gonzalez, Jr.

FILED by _____ D.C.
FEB 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DATE 2/23/01   DEFT. Ruth Antoine (B)   CASE # 00-6224-CR-JAG (WDF)

REPORTER Anita LaRocca   USPO Francis Weisberg   CLERK Deloris McIntosh

AUSA Robin Rosenbaum   DEFT. COUNSEL Daryl Wilcox

( ) Deft. failed to appear - warrant to issue. Bond forfeited.

( ) Sentencing continued until _____ at _____

(X) JUDGMENT AND SENTENCE
Imprisonment: _4 months BOP; 120 Days Home Detention_

( ) Custody of Defendant:
   ( ) Remanded to the United States Marshal
   (X) Voluntary Surrender to (designated institution or U. S. Marshal) on
   _3/28/01_ before 2:00 p.m.
   ( ) Defendant released on _____ bond pending appeal
   ( ) Commitment recommendation: _____

Supervised Release: _3 years supervised Release;_

Assessment: _$100 due immediately_
Other: (Fine, restitution, etc.) _No fine imposed_

( ) Additional comments: _Objections to PSI overruled; Motion for downward departure denied_

_10 Days to Appeal_