# United States District Court

**Southern District of Florida**
FORT LAUDERDALE DIVISION

FEB 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| RUTH ANTOINE | Case Number: 00-CR-6224-JAG (WDF) |
| | Counsel For Defendant: **Daryl Wilcox** |
| | Counsel For The United States: **Robin Rosenbaum** |
| | Court Reporter: **Anita LaRocca** |

**THE DEFENDANT:**

[ ] pleaded guilty to count(s)

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[X] **Was found guilty on count(s)** One (1) of the Indictment
**after a plea of not guilty**

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC § 1344 | BANK FRAUD | 11/29/01 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[ ] Count(s) _____ (Is) (are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 10/7/1977
Defendant's USM Number: 55428-004

Defendant's Residence Address:
**790 N.W. 116 Terrace**

**Miami, FL 33168**

Defendant's Mailing Address:
**790 N.W. 116 Terrace**

**Miami, FL 33168**

**February 23, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**Jose A. Gonzalez, Jr.**
**United States District Judge**

Date: February 26, 2001

Certified to be a true and correct copy of the original.
T. G. Chebrods, Clerk
U.S. District Court
Southern District of Florida
By: _____ Deputy Clerk
Date: 2/26/01

DEFENDANT: **ANTOINE, RUTH**
CASE NUMBER: **00-CR-6224-JAG (WDF)**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **4 months BOP followed by 120 days home detention.**

- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [ ] The defendant is remanded to the custody of the United States Marshal.

- [X] **The defendant shall surrender to the United States Marshal for this district.**

    - [X] Before 2:00 p.m. on **March 28, 2001**

    - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    - [ ] **Before 2:00 p.m. on**

    - [ ] as notified by the United States Marshal.

    - [ ] As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on __4-3-01__ To __FCC com scp__

at __Coleman, FL__, with a certified copy of this judgment.

/ Carlyle I Holder, Warden
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal