UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-FERGUSON/Snow



UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUTH ANTOINE,

    Defendant.
_____/

### ORDER GRANTING
### UNOPPOSED MOTION TO CHANGE PLACE OF RESIDENCE

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Change Place of Residence, bearing Certificate of Service dated January 31, 2001, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The defendant may change her residence, to move into the home of her parents, so that she can prepare for sentencing.

DONE AND ORDERED on this 29th day of May, 2001 at Fort Lauderdale, Florida. (nunc for 2/2/01)

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:    Daryl E. Wilcox, AFPD
        Robin Rosenbaum, AUSA