PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 64964

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-~~529~~ 6224-CR-GONZALEZ**

**PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION**

Name of Offender: Ruth Antoine

Name of Sentencing Judicial Officer: The Honorable Jose A. Gonzalez, Jr., U.S. District Court Judge

Date of Original Sentence: February 23, 2001

Original Offense: Bank Fraud, in violation of Title 18, U.S. Code, Section 1344(b), a Class B felony.

Original Sentence: Four months custody of the Bureau of Prisons, followed by three years of supervised release. As a special condition of supervision the defendant shall participate in the Home Electronic Monitoring Program for a period of 120 days. The subject shall also provide complete access to financial information, including disclosure of all business and personal finances, to the United States Probation Officer. It was further ordered that the defendant shall pay a special assessment fee of $100.

Type of Supervision: Supervised Release

Date Supervision Commenced: July 26, 2001

Assistant U.S. Attorney:
Robin Rosenbaum
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida
(954) 356-7255

Defense Attorney:
Daryl Wilcox, AFPD
101 NE 3 Avenue
Fort Lauderdale, Florida 33301-1100
(954) 356-7436

---

## PETITIONING THE COURT

[X] To issue a warrant
[] To issue a summons



PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 64964

Name: Ruth Antoine

Case No. 00-529-CR-GONZALEZ

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 28, 2002, in Dade County, Florida, the supervised releasee, did commit Robbery (Strong Arm/Sudden Snatching), contrary to FS 812.131. |
| 2. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 28, 2002, in Dade County, Florida, the supervised releasee, did commit Resisting Officer Without Violence , contrary to FS 843.02. |
| 3. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about September 4, 2002, in Boston, Massachusetts, the supervised releasee, did commit Common Nightwalker , contrary to M.S. (275-53). |
| 4. | **Violation of Standard Condition**, by failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. On or about September 4, 2002, the supervised releasee was arrested by Police Officer, Christopher Hamilton, of the Boston Police Department, Boston, Massachusetts, and as of this date she has failed to advise the U.S. Probation Officer of same. |
| 5. | **Violation of Standard Condition**, by leaving the judicial district without first securing the permission of the probation officer. On or about September 4, 2002, the supervised releasee traveled to Dorchester, Boston, Massachusetts, without securing the permission of the probation officer or the Court, as evidenced by the arrest booking forms obtained from Detective Joe Gallant, of the Boston Police Department. |
| 6. | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report within the first five days of each month. The supervised releasee has failed to submit a written monthly report for the months of August 2002, and September 2002. |
| 7. | **Violation of Standard Condition**, by failing to notify the probation office of any change in residence. On or about August 22, 2002, the supervised releasee moved from her approved residence of 790 Northwest 116th Terrace, Miami, Florida and her whereabouts are unknown. |

PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 64964

Name: Ruth Antoine

Case No. 00-529-CR-GONZALEZ

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
[X] revoked.
[] extended for _ years, for a total term of _ years.

[] The conditions of supervision should be modified as follows:

Respectfully submitted,

by

Marilyn D. Calvache
U.S. Probation Officer
Phone: (305) 808-6407
Date: October 3, 2002

---

THE COURT ORDERS:

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

10-25-02
Date