PROB 19a                                                                                             SD/FL PACTS No. 64964

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-~~529~~ 6224-CR-GONZALEZ

U.S.A. vs RUTH ANTOINE

TO:[1] any United States Marshal or any other authorized officer.

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Ruth Antoine | Female | Black | 24 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 790 NW 116th Terrace, Miami, Florida 33142 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| SOUTHERN DISTRICT OF FLORIDA, MIAMI | February 23, 2001 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| SOUTHERN DISTRICT OF FLORIDA, MIAMI |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | [signature] | 1/24/03 |

### RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer of the United States Marshal for the District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
1/24/03