# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 03/05/03   TIME: 10:00 AM  11:30 am

DEFT. RUTH ANTOINE (J)   CASE NO. 00-6224-CR-FERGUSON

AUSA. *Bruce Reinhart for* ROBIN ROSENBAUM   ATTY. *Dave Brannon, AFPD*

AGENT. MARILYN D. CALVACHE - USPO   VIOL. SUPERVISED RELEASE VIOL.

PROCEEDING INITIAL   BOND. NO BOND

FUTURE DATES _____

DISPOSITION: Defendant advised of rights. Federal Public Defender appointed. No Bond set. Bond hearing set for 3/13/03 @ 10am in Ft. Lauderdale. Preliminary Probable Cause hearing set 3/13/03 @ 10am.

DATE: 3/05/03   TAPE: LRJ-03- 14-3455

47