UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RUTH ANTOINE,
    Defendant.

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
  Assistant
Federal Public Defender
Florida Bar No. 838845
1 East Broward Blvd., Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 7TH day of March, 2003 to Robin Rosenbaum Assistant United States Attorney, Fort Lauderdale, Florida; and Marilyn Calvache, U.S. Probation Officer, Miami, Florida.

_____
Daryl E. Wilcox