## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: RUTH ANTOINE (J)# CASE NO: 00-6224-CR-Ferguson
AUSA: Robin Rosenbaum /O'Connor ATTY: FPD Daryl Wilcox
AGENT: USPO: Marilyn Calvache VIOL:
PROCEEDING: BOND / PROBABLE CAUSE RECOMMENDED BOND:
BOND HEARING HELD - yes / (no) HEARING COUNSEL APPOINTED:
BOND SET @: To be cosigned by:

FILED by INTAKE D.C.
MAR 13 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Δ wants more time to hire an atty.
Δ - changed her mind

Δ - wants more time to hire an atty.

Δ - signs waiver of timely prelim. exam.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: Bond hrg | | | | |
| PRELIM/ARRAIGN OR REMOVAL: | 3-18-03 | 11:00am | BSS | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 3-13-03  TIME: 11:00am  FTL/BSS TAPE # 03- 017  Begin: 1154  End: 1490

51