UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-Ferguson

UNITED STATES OF AMERICA

v.

Ruth Antoine

### WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely preliminary hearing or examination as to probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of a Timely Preliminary Examination.

DATED: 3-13-03         _____
                             DEFENDANT

### MAGISTRATE'S CERTIFICATE

The U.S. Magistrate certifies that the defendant, after being advised of the right to a preliminary examination within __10__ days from the defendant's initial appearance has stated he/she refused and waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the above-entitled matter is refused and waived, ~~and the defendant is bound over for proceedings in the U.S. District Court.~~ Matter is reset to March 18, 2003.

DATED: 3-13-03         _____
                             BARRY S. SELTZER
                             UNITED STATES MAGISTRATE JUDGE