## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: RUTH ANTOINE (J)#   CASE NO: 00-6224-CR-Ferguson
AUSA: Robin Rosenbaum *present*   ATTY: FPD / Kevin Jones *perm*
AGENT: ___   VIOL: ___
PROCEEDING: **PROBABLE CAUSE HEARING/**   RECOMMENDED BOND: ___
BOND HEARING HELD - yes / no **BOND HEARING**   COUNSEL APPOINTED: ___
BOND SET @: ___   To be cosigned by: ___

FILED by ___ D.C.
INTAKE
MAR 18 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

☐ Do not violate any law.
☐ Appear in court as directed.
☐ Surrender and / or do not obtain passports / travel documents.
☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
☐ Maintain or seek full - time employment.
☐ No contact with victims / witnesses.
☐ No firearms.
☐ Curfew:
☐ Travel extended to:
☐ Halfway House ___

Ct. holds Δ w/o bond as flight risk.

Mot to withdraw by FPD - Granted
Δ - stipulates to probable cause -
Ct finds probable cause
(Judge Gonzalez to handle case)
- violations #1 + #2 are eliminated.
- outstanding warrant exists on #3 violation.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

✱ Final revocation hrg before Judge Gonzalez - USPO to contact chambers

DATE: 3-18-03  TIME: 11:00am  FTL/BSS TAPE # 03- 020  Begin: 585  End: 840

53