

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6224-~~HE~~ WDF

UNITED STATES OF AMERICA,  :

v.  :  NOTICE OF PERMANENT
  APPEARANCE AS COUNSEL
  :  OF RECORD

Ruth Antoine  :

COMES NOW _Kevin R. Jones_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 03/18/03

Attorney _Kevin R. Jones_
Address _111 NE 1st St. 9th Floor_
City _Miami_  State _FL_  Zip _33713_
Telephone _305-357-0297_
Florida Bar No. _0119067_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____
_____