UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NOTICE

MAR 1 9 2003

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                        CASE #00-6224-CR-Ferguson

RUTH ANTOINE,

    Defendant.

_____/

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE,
DATE, AND TIME SET FORTH BELOW:

PLACE:     U. S. DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
             299 EAST BROWARD BLVD., COURTROOM "B"
             FT. LAUDERDALE, FL 33301
             BEFORE THE HONORABLE JOSE A. GONZALEZ, JR.

DATE AND TIME:   FRIDAY, APRIL 4, 2003 AT 9:30 A.M.

TYPE OF PROCEEDING:   SUPERVISED RELEASE VIOLATION

SECRETARY TO
JUDGE JOSE A. GONZALEZ, JR.

DATED: MARCH 19, 2003

TO:   Robin Rosenbaum, AUSA
      Kevin Jones, Esq.
      U.S.Probation Office (Previous PSI required)
      U.S. Marshal