UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6224-ALL
JUDGE WILKIE D. FERGUSON, JR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RUTH ANTOINE,

    Defendant.
_____/

## NOTICE OF APPEARANCE

    **PLEASE TAKE NOTICE** that the law firm of **JONES, BODET & HARRISON LLC** has been retained as counsel of record and will appear on behalf of Defendant, **RUTH ANTOINE**, in all matters related to the above styled cause. Please direct a copy of all pleadings, papers, and/or inquiries to the undersigned.

    I CERTIFY that a copy of the foregoing was furnished to Robin S. Rosenbaum, Assistant United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394-3002 by US Priority Mail, this _19th_ day of March, 2003.

Respectfully Submitted,

**JONES, BODET & HARRISON LLC**
Attorneys for Defendant
111 NE First Street, Ninth Floor
Miami, Florida 33132
Telephone: 305-357-0297
Facsimile: 305-357-0564

By: _____
    Kevin R. Jones, Esq. FBN: 0119067

NON-COMPLIANCE OF S.D. fla. L.R. 51.A.2