UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-FERGUSON

MAR 2 6 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

RUTH ANTOINE,

        Defendant.

_____/

## ORDER TERMINATING APPOINTMENT OF COUNSEL

    THIS CAUSE having come before the Court on the Federal Public Defender's Ore Tenus

Motion for Termination of Appointment of Counsel and Kevin Jones, Esq., 111 NE First Street,

Ninth Floor, Miami, FL 33132 having filed a permanent Notice of Appearance in open Court, and

the Court having been fully advised, it is hereby

    ORDERED AND ADJUDGED that the Federal Public Defender's Ore Tenus motion for

termination of appointment of counsel is **GRANTED** and the Federal Public Defender is relieved

of further duties in this cause.

    DONE AND ORDERED this 26TH day of March, 2003 at Fort Lauderdale, Florida.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:    Daryl Wilcox, AFPD-Ft Laud
        Robin Rosenbaum, AUSA-Ft Laud
        Marilyn Calvache, USPO-Miami
        Kevin Jones, Esq., 111 NE 1st Street, Miami, FL 33132

57