UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-FERGUSON
MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUTH ANTOINE,

    Defendant.
_____/



## ORDER TERMINATING APPOINTMENT OF COUNSEL

THIS CAUSE having come before the Court on the Federal Public Defender's Ore Tenus Motion for Termination of Appointment of Counsel and Kevin Jones, Esq., 111 NE First Street, Ninth Floor, Miami, FL 33132 having filed a permanent Notice of Appearance in open Court on March 18, 2003, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Federal Public Defender's Ore Tenus motion for termination of appointment of counsel is **GRANTED** and the Federal Public Defender is relieved of further duties in this cause.

DONE AND ORDERED this 31st day of March, 2003 at Fort Lauderdale, Florida.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:    Daryl Wilcox, AFPD-Ft Laud
       Robin Rosenbaum, AUSA-Ft Laud
       Marilyn Calvache, USPO-Miami
       Kevin Jones, Esq., 111 NE 1st Street, Miami, FL 33132

