# CRIMINAL MINUTES

**UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
HONORABLE JOSE A. GONZALEZ, JR., PRESIDING**

NUMBER __00-6224-CR-Ferguson__   DATE __April 4, 2003__

COURTROOM CLERK __Patricia Snead__   COURT REPORTER __Anna LaRocca__

PROBATION OFC. __Marilyn Calvacke__   INTERPRETER __N/A__

United States of America vs. __RUTH ANTOINE__

U.S. ATTORNEY __Robin Rosenbaum__   DEFT. COUNSEL __Kevin Jones, ESQ__

DEFENDANT: Present __✓__  Not Present ___  On Bond ___  In Custody __✓__

REASON FOR HEARING __Supervised Release Violation__

RESULT OF HEARING __Violation 1 & 2 were dismissed, defendant plead guilty to violations 3-7; Court accepts guilty plea. Sentence: 9 months BOP, no supervised release imposed, credit for time served. Appeal rights given to d.__

CASE CONTINUED TO: DATE _____ TIME _____

FOR: _____

MISC. _____