UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-FERGUSON



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RUTH ANTOINE,
        Defendant.    /
_____

## JUDGMENT AND COMMITMENT
## UPON REVOCATION OF SUPERVISED RELEASE

**IT APPEARING** to the Court that on February 26, 2001, the Defendant, RUTH ANTOINE, was sentenced to a term of four (4) months to the custody of the Bureau of Prisons followed by 120 days of home detention, to be followed by a three (3) year term of supervised release.

The Defendant was brought before this Court, on April 4, 2003, for hearing upon the United States Probation Officer's petition for revocation. The Government advised it wanted to dismiss violations 1 and 2 and that a plea agreement had been reached for violations 3 through 7. The defendant pled guilty to violations 3 through 7, and the Court finds that the defendant has violated the terms and conditions of supervised release. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The supervised release period imposed by the Court is **REVOKED**.

2. The Defendant, RUTH ANTOINE, is committed to the custody of the Bureau of Prisons for a term of **NINE (9) MONTHS, *credit for time served*.**

3. The defendant's term of supervised release as previously imposed will terminate upon her discharge from the term of confinement herewith imposed.

**DONE AND ORDERED,** in For Lauderdale, Florida, this 10TH day of April, 2003.

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

c: Robin Rosenbaum, Esq., AUSA
   Kevin Jones, Esq.
   Marilyn D. Calvache, USPO
   U.S. Marshal (3 certified copies)