UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-FERGUSON



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RUTH ANTOINE,  55428-004

        Defendant.    /
_____

## JUDGMENT AND COMMITMENT
## UPON REVOCATION OF SUPERVISED RELEASE

    **IT APPEARING** to the Court that on February 26, 2001, the Defendant, RUTH ANTOINE, was sentenced to a term of four (4) months to the custody of the Bureau of Prisons followed by 120 days of home detention, to be followed by a three (3) year term of supervised release.

    The Defendant was brought before this Court, on April 4, 2003, for hearing upon the United States Probation Officer's petition for revocation. The Government advised it wanted to dismiss violations 1 and 2 and that a plea agreement had been reached for violations 3 through 7. The defendant pled guilty to violations 3 through 7, and the Court finds that the defendant has violated the terms and conditions of supervised release. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The supervised release period imposed by the Court is **REVOKED**.

2. The Defendant, RUTH ANTOINE, is committed to the custody of the Bureau of Prisons for a term of **NIME (9) MONTHS**, *credit for time served*.

3. The defendant's term of supervised release as previously imposed will terminate upon her discharge from the term of confinement herewith imposed.

**DONE AND ORDERED**, in For Lauderdale, Florida, this 10TH day of April, 2003.

*/s/ Jose A. Gonzalez, Jr.*
JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

c: Robin Rosenbaum, Esq., AUSA
   Kevin Jones, Esq.
   Marilyn D. Calvache, USPO
   U.S. Marshal (3 certified copies)

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By /s/ June Dolphy
                    Deputy Clerk
Date April 11, 2003

DEFENDANT DELIVERED ON 5-6-03
        SURRENDERED ON _____
TO FCI TALLAHASSEE, FLORIDA
BY BOP BUS __X__; USM _____
BY: /s/ Brenda Salas LIE
For Inmate Systems Manager