(k) clsdrasgn.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff(s)/Movant(s),

v.

RUTH ANTOINE,

    Defendant(s)/Respondent(s).
_____/



FILED by _____ D.C.

Jan 23, 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.

## CLERK'S NOTICE OF JUDICIAL OFFICER REASSIGNMENT OF A CLOSED CASE

Document(s) have been submitted to this Court which pertain to a case in which the assigned judge is no longer with this Court; all parties to this action are noticed as follows:

1.    That pursuant to the Local Rules of this Court, providing for the random and equal allotment of cases, the above-styled case is hereby reassigned to the calendar of

**PAUL C. HUCK**, United States District Judge for all further proceedings, and

2.    That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officer as follows:

### 00-6224-CR-HUCK

thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D.Fla. L.R. 5.1.A.5.

DONE at the Federal Courthouse Square, Miami, Florida, this 23 day of January, 2004.

CLARENCE MADDOX,
Court Administrator • Clerk of Court

By: _____
    Deputy Clerk

c:    U.S. District Judge PAUL C. HUCK
      All counsel of record/pro se parties

**COPY FOR JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6224-CR-HUCK

January 13, 2004

Honorable Judge Wilkie D. Ferguson, Jr
299 East Broward Blvd., Room 108
Fort Lauderdale, Fl 33301

Ruth Antoine
1911 W 5 St Apt H
Bradenton, Fl 34205

Re: 00CR6224WDF

### Motion To Seal/Expunge Case#00CR622WDF

**COMES NOW,**    <u>Ruth Antoine,</u> Defendant, prose, by and through herself, pursuant to the rules of Seal/Expunge Procedure for the State of <u>Florida</u>, and respectfully request the case listed above be seal/expunge. Currently the defendant resides in Bradenton to start a new life and career for herself and duaghter and unfortunately at this time a successful career with her criminal background is difficult to receive. Defendant is unable to get a Life, Health & Variable Annuity State Licensed to insure senior due to her felony charge. I asked that the Honorable Court accept this as a request to seal/expunge the above captioned matter.

Ruth Antoine, ProSe

*(signature)*

### Certificate of Service

This is to attest that a true copy of the foregoing motion was furnished to the following addressees:
Honorable Judge Wilkie D. Ferguson, Jr
299 East Broward Blvd., Room 108
Fort Lauderdale, Fl 33301
Date this <u>13</u> day of <u>January</u>, 2004.