UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6224-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RUTH ANTOINE,

    Defendant.
_____/

## ORDER DENYING MOTION TO SEAL/EXPUNGE

THIS MATTER is before the Court pursuant to the Defendant's Motion to Seal/Expunge Case, filed January 20, 2004. After reviewing the motion and the Government's response, it is

ORDERED and ADJUDGED that the Defendant's Motion to Seal/Expunge Case is **DENIED**.

DONE and ORDERED in Chambers at Miami, Florida this _18_ day of February, 2004.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:    Gregory Munson, AUSA

      Ruth Antoine
      1911 West 5 Street, Apt. H
      Bradenton, FL 34205